37066. ATTAWAY *v.* GRIFFIN *et al.,* Commrs.

QUILLIAN, Judge. The ruling in this case is controlled by *Hamrick* v. *Griffin, ante,* and the judge erred in sustaining the

general demurrer to the petition seeking a declaratory judgment.

*Judgment reversed. Felton, C. J., and Nichols, J., concur.*

DECIDED MARCH 19, 1958—REHEARING DENIED APRIL 3, 1958.

*Chappell & Barfield*, for plaintiff in error.
*Adams & McDonald, Cravey & Pentecost*, contra.